**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meadowlark Lemon, a married man, | No. CV-04-0299-PHX-DGC |
| Plaintiff/Counterdefendant, | CV-04-1023-PHX-DGC |
| vs. | |
| Harlem Globetrotters International, Inc., et al., | **ORDER** |
| Defendants/Counterclaimants. | |

The Court held a discovery conference call with the parties, on the record, on September 30, 2005. For the reasons stated on the record and on the basis of the conference call, the Court entered the following orders:

1. On or before **October 14, 2005**, Defendant Manny Jackson, on behalf of Defendant Harlem Globetrotters International, Inc. shall provide to Plaintiffs an affidavit confirming the following facts: (a) the recent stock purchase transaction has not altered the corporate status of Harlem Globetrotters International, Inc.; (b) the recent transaction will not result in a change of officers of the corporation who are also defendants in this case; (c) the recent transaction will not be used to assert any defense in motion practice or at trial in this case; (d) the recent transaction will not result in any change of parties in this litigation and (e) the recent transaction will not result in a change of counsel in this litigation.

2. On or before **October 14, 2005**, Defendants shall produce to Plaintiffs the following categories of documents: (a) any and all contracts and agreements, with

attachments, executed in connection with the recent stock purchase transaction; (b) any and all documents generated in connection with the negotiation, due diligence, or consummation of the recent transaction that relate in any way to this litigation, the claims asserted by Plaintiffs in this litigation, and any indemnification or similar agreements related to this litigation. This production shall be made pursuant to the existing protective order.

3. In light of this additional, limited discovery, the dispositive motion deadline in this case shall be extended to **October 28, 2005**.

4. The Dunbar deposition shall occur on **October 4, 2005**, and shall be limited to two hours.

5. For the reasons set forth in the Court's Order dated August 18, 2005, no additional production of documents will be required by the Fubu Defendants related to foreign sales.

6. The Court confirmed on the record that any party that has stated that it will provide additional discovery responses shall do so notwithstanding the passage of the September 30, 2005 discovery deadline.

DATED this 7th day of October, 2005.

David G. Campbell
United States District Judge