**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Meadowlark Lemon, a married man, | ) | No.   CV-04-0299-PHX-DGC |
| | ) | CV-04-1023-PHX-DGC |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Harlem Globetrotters International, Inc., | ) | |
| et al., | ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |
| | ) | |

Defendants Harlem Globetrotters International, Inc., Harlem Globetrotters International Foundation, Inc., and Mannie L. & Catherine Jackson (the "Globetrotter Defendants") have filed a Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) (Doc. #175) and a Motion to File Documents Under Seal (#179). The Court has reviewed both motions and the documents submitted for *in camera* review.

Upon review of the documents *in camera*, the Court concludes: (1) for the most part, the documents do not contain information relevant to this litigation; (2) to the extent the documents do contain information relevant to this litigation, the information consists of the Globetrotter Defendants' assessment of their financial risk in this case, information that constitutes attorney work product and is subject to protection; (3) the documents contain other sensitive business information. The Court concludes Globetrotters Defendants have shown good cause for the entry of a protective order under Rule 26(c).  The Globetrotter Defendants shall not be required to produce to other parties in this litigation the documents submitted to the Court *in camera*.

**IT IS ORDERED** that Globetrotter's Motion for Protective Order Pursuant to Fed R. Civ. P. 26(c) (Doc. #175) is **granted**.

**IT IS FURTHER ORDERED** that the Motion to File Documents Under Seal (Doc #179) is **granted**.

DATED this 25th day of October, 2005.

David G. Campbell
United States District Judge