1  WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MEADOWLARK LEMON, a married man,<br><br>                Plaintiff,<br><br>vs.<br><br>HARLEM GLOBETROTTERS INTERNATIONAL, INC., et al.;<br><br>                Defendants. | Case Nos.: CV 04 0299 PHX DGC and<br>CV-04-1023 PHX DGC<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO ALLOW PLAINTIFF ROBERT "SHOWBOAT" HALL TO APPEAR BY PHONE FOR THE SETTLEMENT CONFERENCE** |
| FRED "CURLY" NEAL, et al.<br><br>                Plaintiffs,<br><br>vs.<br><br>HARLEM GLOBETROTTERS INTERNATIONAL, INC., et al.;<br><br>                Defendants. | |
| HARLEM GLOBETROTTERS INTERNATIONAL, INC., an Arizona corporation,<br><br>                Counter-claimant,<br><br>vs.<br><br>MEADOWLARK LEMON, a married man,<br><br>                Counter-defendant. | |

      This matter having been presented to the Court on the Unopposed Motion for Leave to Allow Plaintiff Robert "Showboat" Hall to Appear by Phone for the Settlement Conference by PLAINTIFFS **FRED "CURLY" NEAL; LARRY "GATOR" RIVERS; DALLAS "BIG D" THORNTON;**

**ROBERT "SHOWBOAT" HALL; MARQUES HAYNES; and JAMES "TWIGGY" SANDERS**, and with good cause,

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for Leave to Allow Plaintiff Robert "Showboat" Hall to Appear By Phone for the Settlement Conference (docket #437) is **GRANTED** and that PLAINTIFF Robert "Showboat" Hall may appear by phone at the September 28, 2006 Settlement Conference in the above-captioned action.

**IT IS FURTHER ORDERED** that Mrs. Kitty Hall shall physically attend said conference and act as a personal representative of Mr. Hall.  Mr. Hall shall be available for discussion by way of phone when and if it is necessary to call him.

DATED this 28th day of August, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge