**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Meadowlark Lemon, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>Harlem Globetrotters International, Inc., et al.,<br><br>    Defendants.<br>_____<br>Harlem Globetrotters International, Inc.,<br><br>    Counterclaimants,<br><br>vs.<br><br>Meadowlark Lemon,<br><br>    Counterdefendant.<br>_____ | No. CV-04-0299-PHX-DGC and<br>CV-04-1023-PHX-DGC<br>(Consolidated)<br><br>**ORDER** |

Now that Plaintiffs have belatedly filed their Joint Motion To Enforce Settlement Conference Order etc. (docket # 447), on September 8, 2008; Defendants' Declaration of Ira A. Sacks In Opposition To Plaintiffs' Joint Motion being deemed the Response thereto; and the assigned District Judge's order (docket # 448) referring to the undersigned for ruling on the issue of whether GTFM LLC's alleged or former insurer, St. Paul Travelers and Insurance Company, should be ordered to physically appear at the September 28, 2006 settlement conference before the undersigned,

1   **IT IS ORDERED** that Plaintiffs shall file their reply to Defendants' response
2   by **Friday, September 15, 2006 at 5:00 p.m.** (Arizona time).
3   Dated this 11th day of September, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge