**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meadowlark Lemon, et al., | No. CV-04-0299-PHX-DGC and CV-04-1023-PHX-DGC (Consolidated) |
| Plaintiff, | |
| vs. | **ORDER SETTING SUPPLEMENTAL SETTLEMENT CONFERENCE** |
| Harlem Globetrotters International, Inc., et al., | |
| Defendants. | |
| Harlem Globetrotters International, Inc., | |
| Counterclaimant, | |
| vs. | |
| Meadowlark Lemon, | |
| Counterdefendant. | |

Pursuant to the referral (docket # 561 at 5) by the assigned District Judge, the Hon. David G. Campbell, and upon the unanimous consent and agreement of all counsel subsequent to an expedited telephonic Rule 16 conference with all counsel on this date,

**IT IS ORDERED** setting a Supplemental Settlement Conference before the undersigned on **Monday, December 18, 2006 at 1:30 p.m. (Arizona time)**. Local counsel shall physically appear in Courtroom 302 and out-of-district counsel may appear telephonically in his or her sole discretion by calling the undersigned's chambers promptly at (602) 322-7620. Any party may elect to physically appear at the Supplemental Settlement

Conference but will not be permitted to appear telephonically because it is technically too difficult, if not impossible, to conduct such a conference with so many people and the limited capabilities of the Court's telephonic equipment.

Counsel shall have their client's pre-approved express settlement authority and the means to quickly communicate with counsel's client(s) or representative to discuss settlement outside counsel's express authority during the Supplemental Settlement Conference.

**IT IS FURTHER ORDERED** that counsel shall email to the undersigned's ECF Central Mailbox (anderson_chambers@azd.uscourts.gov),[1] fax to the undersigned's chambers at (602-322-7629) or hand-deliver directly to chambers by **5:00 p.m. (Arizona time) on Thursday, December 14, 2006**:

1. each counsel's previous settlement conference memorandum and all attachments, if any, prepared pursuant to the undersigned's July 17, 2006 Settlement Conference Order (docket # 433), and

2. a mandatory Supplemental Settlement Conference Memorandum, not to exceed five (5) pages, excluding attachments, if any, setting forth (a) each counsel's candid assessment of the liability or absence of liability that will be resolved at the trial of this case beginning on January 23, 2007, (b) the reason(s) why counsel believes the jury will rule in that party's favor, and (c) assuming there is a finding of liability in favor of all Plaintiffs, what the damages, if any, likely will be and why.

The Supplemental Settlement Conference Memorandum shall not be filed with the Clerk, shall be emailed or faxed to adverse counsel at or near the same time it is delivered to the Court.

**IT IS FURTHER ORDERED** that counsel who wish to appear telephonically at the Supplemental Settlement Conference shall email the undersigned's chamber's email

---

[1] This mailbox is not to be used to communicate with the Court or his staff unless otherwise instructed by the Court.

1  box by **Thursday, December 14, 2006 at 12:00 (noon) (Arizona time)** and shall identify

2  who will be appearing telephonically and his or her telephone number counsel that will be

3  used during the Supplemental Settlement Conference

4         Dated this 11th day of December, 2006.

Lawrence O. Anderson
United States Magistrate Judge